U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

RECEIVED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA    MAR 2 1 2007 | 3:02-CR-00082-RRB |

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Wanda Mae David | WRIT OF GARNISHMENT |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | State of Alaska, Department of Revenue, Enforcement Division |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 1016 W. 6th Ave., Ste. 100, Anchorage, AK  99501   Attn:  Public Service Dept. |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Richard L. Pomeroy<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm 253, #9<br>Anchorage, AK  99513-7567 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                                                                                  Fold

    Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
    Do not prepare additional USMS Notice of Levy for this writ package.

| Signature of Attorney or other Originator requesting service on behalf of:<br>Richard L. Pomeroy, A.U.S.A. | XX ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-5071 | DATE<br>5-18-06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk  PMK | Date 5-22-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 6/5/06 | Time 10:20 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

    No funds

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

```
- For PFD Division Use Only -
        PFD Server Code

       G0137

Location_____

Priority_____
```

_____ Check here if you are adding or correcting information from a previously submitted notice of levy.  Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:02-CR-00082 (RRB)
**Criminal Fine or Restitution  (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** WANDA MAE DAVID

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:** **REDACTED**

**Amount of Writ** $4,175.66

**Service Fee** $

**Interest to October 15** $

**Total Due** $4,175.66

Service Agent

| *Signature* | *Date* 6/5/06 |
|---|---|
| *Printed Name* Doug Zielinski | *Title* DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

| | | |
|---|---|---|
| Not Eligible | Watson, Harry, | **REDACTED** |
| Not on File for 2006 | Gillman, Randy | |
| Not Eligible | Corona, Michael, | **REDACTED** |
| Paid a higher priority | Sheldon, Raven, | **REDACTED** |
| Not Eligible | Baugh, Ronald, | **REDACTED** |
| Paid a higher priority | Bowen, David, | **REDACTED** |
| Not Eligible | Simmler, George, | **REDACTED** |
| Not Eligible | Sheppard, Theresa, | **REDACTED** |
| Not Eligible | Bingham, Iris, | **REDACTED** |
| Not Eligible | Simmons, Jerri, | **REDACTED** |
| Not Eligible | Osterhaus, Cassey, | **REDACTED** |
| Paid a higher priority | David, Wanda, | **REDACTED** |
| Not Eligible | Hernandez, Yolanda, | **REDACTED** |
| Paid a higher priority | Beattie, Annie, | **REDACTED** |
| Pending | Thibodeau (Bateman), Peggy Sue, | **REDACTED** |
| Not Eligible | Gray, Keion, | **REDACTED** |
| Not Eligible | Hunnicutt, Laura, | **REDACTED** |
| Not Eligible | Curtis, Lahoya, | **REDACTED** |
| Not Eligible | Remuto, Cherie, | **REDACTED** |